UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Kasolas v. Asbury Automotive Atlanta, LLC | **Case No :** | 10-25190 - A - 7 |
| | | **Adv No :** | 10-02551 - A |
| | | **Date :** | 3/16/11 |
| | | **Time :** | 09:30 |

**Matter :** Status Conference - [1] - Adversary case 10-02551. (12 (Recovery of money/property - 547 preference)),(11 (Recovery of money/property - 542 turnover of property)),(91 (Declaratory judgment)) : Complaint 10-02551 by Michael G. Kasolas against Asbury Automotive Atlanta, LLC. Fee $250 (jtis)

**Judge :** Michael S. McManus
**Courtroom Deputy :** Sarah Head
**Reporter :** Diamond Reporters
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
(by phone)     Plaintiff's Attorney - Douglas Graham
**Respondent(s) :**
None

HEARING CONTINUED TO: 5/18/11 at 09:30 AM