McNUTT LAW GROUP LLP
MICHAEL A. SWEET (CSBN 184345)
DOUGLAS C. GRAHAM (CSBN 216870)
MARIANNE M. DICKSON (CSBN 249737)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Michael Kasolas,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

PLACER FIRE EQUIPMENT, INC.,

Debtor.

MICHAEL G. KASOLAS, CHAPTER 7 TRUSTEE,

Plaintiff,

vs.

ASBURY AUTOMOTIVE ATLANTA, LLC dba NALLEY MOTOR TRUCKS,

Defendant.

Case No. 10-25190

Adversary Case No. 10-02551

Chapter 7

DC No. MLG-004

**DECLARATION OF DOUGLAS C. GRAHAM IN SUPPORT OF TRUSTEE'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

[No Hearing Required]

DECLARATION OF DOUGLAS C. GRAHAM

I, Douglas C. Graham, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with McNutt Law Group LLP, attorneys of record for Michael Kasolas, Chapter 7 Trustee. If called as a witness, I could and would completely testify to all facts within my personal knowledge except

where stated upon information and belief. This declaration is submitted in support of Trustee's Application For Entry Of Default Judgment.

2. Counsel for Trustee and Counsel for Defendant agreed to a rolling 15 day extension for the time for which Defendant had to respond.

3. Trustee and Defendant engaged in settlement discussions. However those discussions broke down, and on March 28, 2011, I counsel informed Defendant's counsel that no further extension for a response would be granted, and that a response to the Complaint would be due on April 12, 2011. A true and correct copy of this correspondence is attached hereto as **Exhibit A**.

4. On April 13, 2011, I again wrote counsel for Defendant and informed him that if no responsive pleading was filed by noon on April 13, 2011, Trustee would file this Request For Entry Of Default. A true and correct copy of this correspondence is attached hereto as **Exhibit B**.

5. As of the filing of Trustee's Application For Entry Of Default, Defendant has not filed an answer or other pleading in response to the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed April 13, 2011, at San Francisco, California.

*/s/ Douglas C. Graham*
Douglas C. Graham

# Exhibit A

# Douglas C. Graham

**From:** Douglas C. Graham
**Sent:** Monday, March 28, 2011 4:02 PM
**To:** 'vanacore.jeffrey@arentfox.com'
**Subject:** FW: Kasolas v. Nalley

**Contacts:** Jeffrey D. Vanacore

Hi Jeff:

I must assume that your client is not interested in pursuing a settlement at this time. Accordingly, the Trustee will not agree to a further extension for your client to file a responsive pleading. I believe the earlier agreement was that rolling 15 day extensions would be granted, which means that your client must file a responsive pleading on or before April 12, 2011. Please feel free to call me to discuss this case. Thanks.

Doug

**From:** Douglas C. Graham
**Sent:** Thursday, March 24, 2011 10:51 AM
**To:** 'Jeffrey D. Vanacore (vanacore.jeffrey@arentfox.com)'
**Subject:** Kasolas v. Nalley

Jeff:

I haven't received a response to my letter dated March 8, 2011. Is your client still interested in discussing settlement? If not, the Trustee will require a responsive pleading. Please let me know today. Thanks.

**Douglas C. Graham**
McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105
Tel: (415) 995-8475
Fax: (415) 995-8487
www.ml-sf.com

# Exhibit B

# Douglas C. Graham

| | |
|---|---|
| **From:** | Douglas C. Graham |
| **Sent:** | Wednesday, April 13, 2011 8:55 AM |
| **To:** | 'vanacore.jeffrey@arentfox.com' |
| **Subject:** | FW: Kasolas v. Nalley |
| **Contacts:** | Jeffrey D. Vanacore |

Jeff:

I have not received a response from you, and I have not seen a responsive pleading filed. I will be filing a request for entry of default today if no responsive pleading is filed by 12:00 p.m. Pacific time.

Doug Graham

---

**From:** Douglas C. Graham
**Sent:** Monday, March 28, 2011 4:02 PM
**To:** 'vanacore.jeffrey@arentfox.com'
**Subject:** FW: Kasolas v. Nalley

Hi Jeff:

I must assume that your client is not interested in pursuing a settlement at this time. Accordingly, the Trustee will not agree to a further extension for your client to file a responsive pleading. I believe the earlier agreement was that rolling 15 day extensions would be granted, which means that your client must file a responsive pleading on or before April 12, 2011. Please feel free to call me to discuss this case. Thanks.

Doug

---

**From:** Douglas C. Graham
**Sent:** Thursday, March 24, 2011 10:51 AM
**To:** 'Jeffrey D. Vanacore (vanacore.jeffrey@arentfox.com)'
**Subject:** Kasolas v. Nalley

Jeff:

I haven't received a response to my letter dated March 8, 2011. Is your client still interested in discussing settlement? If not, the Trustee will require a responsive pleading. Please let me know today. Thanks.

Douglas C. Graham
McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105
Tel: (415) 995-8475
Fax: (415) 995-8487
www.ml-sf.com