


# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

FILED
APR 1 5 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re Placer Fire Equipment, Inc.

Case No. 10-25190-A-7

Debtor.

Michael G. Kasolas

Adversary Proceeding No. 10-02551-A

Plaintiff,

vs. Asbury Automotive Atlanta, LLC

Defendant.

## MEMORANDUM RE: DEFAULT PAPERS

TO: Marianne M. Dickson

The following item(s) below require your attention for us to process your requested relief:

[ ] 1. No Request for Entry of Default was submitted.
[ ] 2. No Entry of Default was submitted.
[ ] 3. No Certificate of Service re: Issuance of Summons was submitted.
[ ] 4. The declaration/affidavit does not set forth the following required facts:

  [ ] The date the summons was issued, or the summons issued date stated in the declaration/affidavit is incorrect;
  [ ] A statement that the court has fixed a deadline for the filing of the answer or motion, or that the 30 or 35 day time limit applies;
  [ ] The date the complaint was served on the defendant, or the date of service of the complaint on the defendant stated in the declaration/affidavit is incorrect;
  [ ] A statement that no answer or motion has been received within the time limit fixed by the court or by Bankruptcy Rule 7012(a);
  [X] A statement that the defendant is not entitled to the benefits of the Servicemembers Civil Relief Act of 2003 (50 U.S.C. Appendix 501 et seq.); and
  [ ] A statement that the defendant is not an infant or incompetent person.

[ ] 5. An Answer or Motion was filed on _____ and the matter must now be set for a hearing before the judge.
[ ] 6. An Order Extending or Reducing the Time for Filing an Answer was filed on _____ and the deadline for filing an Answer is _____. Your pleadings should be resubmitted to the court, if appropriate, upon expiration of the deadline.
[ ] 7. The defendant/debtor was served at the incorrect address.
[X] 8. Other  The Clerk's Office considers the Offer of Judgment filed on 11/1/10 by Nalley Motor Trucks a responsive pleading to the complaint and the matter must now be set for a hearing before the judge.
  The name of the defendant served is incorrect (Security Savings Bank) as referrenced in the Request for Entry of Default filed 4/13/11.

DATED: 4/15/11

FOR THE COURT
WAYNE BLACKWELDER, CLERK
U.S. BANKRUPTCY COURT

By: _____
Deputy Clerk
R. Lopez

EDC 4-100 (Rev. 01/31/11)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities at the addresses shown below or on the attached list.

Marianne M. Dickson
188 The Embarcadero #800
San Francisco, CA 94105

DATED: 4/15/11         By: _____
                           Deputy Clerk
                                        R. Lopez

EDC 3-070 (Rev. 6/28/10)