FILED
July 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003628167

ARAM ORDUBEGIAN (SBN 185142)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: ordubegian.aram@arentfox.com

-and-

KATIE A. LANE (FL Bar No. 595985)
(admitted *pro hac vice*)
1050 Connecticut Avenue NW
Washington, DC 20036
Telephone: 202.828.3422
Facsimile: 202.857.6395
Email: lane.katie@arentfox.com

Attorneys for Defendant
Nalley Motor Trucks

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 10-25190-A-7 |
| PLACER FIRE EQUIPMENT, INC., | Chapter Number: 7 |
| Debtor. | |
| MICHAEL G. KASOLAS, | Adversary Proceeding No. 10-02551-A |
| Plaintiff(s), | **DC No. AF-8** |
| v. | |
| ASBURY AUTOMOTIVE ATLANTA, LLC dba NALLEY MOTOR TRUCKS, | **JOINT DISCOVERY PLAN** |
| Defendant(s). | |

Defendant Nalley Motor Trucks ("Nalley"), and Plaintiff chapter 7 Trustee Michael G. Kasolas, (collectively the "Parties") by and through their undersigned attorneys, respectfully submit this Proposed Discovery Plan pursuant to this Court's order dated May 23, 2011.

**JOINT RULE 26(f) CONFERENCE REPORT AND PROPOSED DISCOVERY PLAN**

On July 12, 2011, the parties conducted a telephonic Rule 26(f) conference. Pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure and Rule 26(f) of the Federal Rules of Civil Procedure, the parties have conferred and jointly submit the following Rule 26(f) report and, pursuant to Fed. R. Civ. P. 16(b), propose the following Discovery Plan to close the pleadings, complete discovery, resolve dispositive motions and prepare this matter for trial:

**A.    Timing, Form or Requirements of Initial Disclosures.**

The parties agree as follows:

The parties will make their Initial Disclosure pursuant to Rule 26(a)(1) within two weeks of the Case Management Conference scheduled for July 20, 2011.

**B.    Timing, Subject Matter And Limitations Of Subsequent Discovery After The Initial Disclosures.**

The parties agree as follows:

**1.    Subject Matter of Discovery.**

The Parties believe that the subjects of discovery will encompass all claims alleged in the complaint for (1) avoidance and recovery of preferential transfers pursuant to 11 U.S.C. §547; (2) declaratory judgment pursuant to 11 U.S.C. §541; (3) turnover under 11 U.S.C. §542; and (4) disallowance of defendant's claims against the estate pursuant to 11 U.S.C. §502(d) (the "Complaint"). The Parties' discovery will include, but is not limited to (i) any facts, documents, data, or communications supporting, underlying, or relied upon by Plaintiff in connection with the claims set forth in the Complaint. Plaintiff also

believes that the any facts, documents, data, or communications supporting, underlying, or relied upon by Defendant in its Affirmative Defenses will be subject to discovery. The Parties also anticipate the taking of depositions relating to the above.

**2. Timing of Discovery.**

(a) Fact discovery will close on October 11, 2011.

(b) Parties must serve written responses to any request for production of documents within 20 days from service of the request and produce documents within 30 days of service of the request.

(c) Parties will serve written responses to interrogatories or requests for admissions within 30 days of service of the request. Parties will serve a maximum of 30 interrogatories and 30 requests for admissions to each other party. Notwithstanding the deadline, the Parties have an ongoing duty to supplement their discovery responses and respond to inquiries regarding the completeness of production.

(d) All discovery may be served via electronic mail in lieu of or in addition to any other means provided under the Rules.

(e) The schedule for expert discovery and Rule 26(a)(2) expert disclosures, if any, shall be as follows:

    (i) Plaintiff's expert disclosures shall be served on or before October 12, 2011.

    (ii) Defendant's expert disclosures shall be served on or before October 12, 2011.

    (iii) Plaintiff's and Defendant's experts shall be deposed by October 26, 2011.

    (iv) All expert discovery (including rebuttal experts and provision of reports from retained experts) shall be completed by November 9, 2011.

(f) Any of the above dates may be modified by the Court, upon motion and/or by stipulation of the Parties and for good cause shown.

C.  Proposed Orders Under Fed.R.Bankr.P. 7016(b) and (c) and 7026(a)(1)(E).

1. **Scheduling Order**

(i) The Parties shall file any dispositive motions no later than 30 days after the close of fact discovery.

(ii) In the event any party files a dispositive motion, the Parties shall confer regarding briefing schedules and requirements.

(iii) Final Witness Lists and Exhibit Lists shall be exchanged thirty (15) days prior to trial. The Parties agree that, as to those individuals identified on the Final Witness lists who have not been previously disclosed, they may be deposed prior to trial.

Deadlines contained in this Report and Order may be modified either by stipulation of the parties without order of the Court or by the Court upon written motion and for good cause shown.

(iv) The parties request that the Court issue a Scheduling Order approving the terms set forth in this Joint Discovery plan at the July 20, 2011 Case Management Conference, and that it set a date for a Pre-Trial Conference and a date for Trial.

(v) Deadlines contained in this Report and Order may be modified either by stipulation of the parties without order of the Court or by the Court upon written motion and for good cause shown.

*[signatures on following page]*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT DISCOVERY PLAN

| | |
|---|---|
| Dated: July 13, 2011 | **ARENT FOX LLP**<br><br>By: /s/ *Katie A. Lane*<br><br>KATIE A. LANE (FL Bar No. 595985)<br>(admitted *pro hac vice*)<br>1050 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: 202.828.3422<br>Facsimile: 202.857.6395<br>Email: lane.katie@arentfox.com<br><br>and<br><br>ARAM ORDUBEGIAN<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 629-7400<br>Facsimile: (213) 629-7401<br>ordubegian.aram@arentfox.com<br><br>Attorneys for Defendant Nalley Motor Trucks |
| Dated: July 13, 2011 | **MCNUTT LAW GROUP LLP**<br><br>By: /s/ *Douglas C. Graham*<br>DOUGLAS GRAHAM<br><br>188 The Embarcadero, Ste. 800<br>San Francisco, CA 94105<br>Telephone: (415) 995-8475<br>Facsimile: (415) 995-8487<br>Email: dgraham@ml-sf.com<br><br>Attorneys for Plaintiff Michael G. Kasolas |