# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re Placer Fire Equipment, Inc. Debtor(s). | Bankruptcy Case No. 10-25190 |
|---|---|

*The following additional information is required when filing this form in an adversary proceeding.*

| Michael G. Kasolas Plaintiff(s), v. Asbury Automotive Atlanta, LLC Defendant(s). | Adversary Proceeding No. 10-25190 |
|---|---|

## CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE

Michael G. Kasolas, Plaintiff _____ hereby
*Type of Party (debtor, creditor, trustee, etc) and Party's name [For example: Debtor John Doe]*

designates the following attorney from McNutt Law Group LLP _____ as counsel for service
*Name of Law Firm*

in this case/proceeding:

Name: Douglas C. Graham
Address: 188 The Embarcadero, Ste. 800
San Francisco, CA 94105
Email: dgraham@ml-sf.com

Phone No. (415) 995-8475

The following attorney is no longer counsel of record in this case/proceeding:

Name: Marianne M. Dickson
Address: 188 The Embarcadero, Ste. 800
San Francisco, CA 94105
Email: mdickson@ml-sf.com

Phone No. (415) 995-8475

DATED:

*Signature of New Counsel for Service*

EDC 2-613 (New 2/10)